BRYAN A. MERRYMAN (SBN 134357)
bmerryman@whitecase.com
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329

Attorneys for Defendants
SAFRAN, S.A. and
SAFRAN USA, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, *ex rel.* VINCENT HASCOET and PHILIPPE PACAUD DESBOIS,<br><br>Plaintiffs,<br><br>v.<br><br>MORPHO, S.A., a/k/a SAFRAN IDENTITY & SECURITY, S.A., a French Corporation; SAFRAN, S.A., a/k/a SAFRAN GROUP, S.A., a French Corporation; and SAFRAN U.S.A., INC., a California Corporation<br><br>Defendants. | Case No. 5:15-cv-00746-LHK<br><br>**JOINDER OF DEFENDANTS SAFRAN, S.A. AND SAFRAN USA, INC. IN: (1) REPLY IN SUPPORT OF MOTION TO DISMISS THIRD AMENDED COMPLAINT; AND (2) EVIDENTIARY OBJECTIONS TO DECLARATIONS OF PHILIPPE PACAUDE DESBOIS AND VINCENT HASCOET**<br><br>Date: August 24, 2017<br>Time: 1:30 p.m.<br>Courtroom: 8 |

**JOINDER**

Defendants Safran, S.A. and Safran USA, Inc. hereby join in the following documents filed by defendant Safran Identity & Security, S.A.S. on June 16, 2017: (1) Reply in Support of Motion to Dismiss Third Amended Complaint; and (2) Evidentiary Objections to Declarations of Philippe Pacaude Desbois and Vincent Hascoet.

This Joinder is filed separately, and the recent substitution made, because as of June 1, 2017, defendant Safran Identity & Security, S.A.S. (formerly known as Morpho SAS) was sold to a third party and is no longer an affiliate of defendants Safran, S.A. and Safran USA, Inc.

Dated:  June 16, 2017                    WHITE & CASE LLP

By:   */s/ Bryan A. Merryman*
       Bryan A. Merryman

Attorneys for Defendants
SAFRAN, S.A. and SAFRAN USA, INC.