UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>SAFRAN GROUP, S.A., et al.,<br><br>      Defendants. | Case No. 15-CV-00746-LHK<br><br>**JUDGMENT** |

On August 25, 2017, the Court granted Defendants' motion to dismiss and dismissed the Third Amended Complaint with prejudice. ECF No. 97. Accordingly, the Clerk shall enter judgment in favor of Defendants. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 25, 2017

_____
LUCY H. KOH
United States District Judge

Case No. 15-CV-00746-LHK
JUDGMENT

1