1  DANIEL ROBERT BARTLEY (SBN 79586)
   BARTLEY LAW OFFICES
2  Pruneyard Towers – South Tower
   1999 South Bascom Avenue, Suite 700
3  Campbell, CA  95008-2060
   Telephone 415-847-2060
4  Email DanielBartleyLaw@aol.com

5  Attorney for Plaintiffs and Relators
   VINCENT HASCOET and PHILIPPE PACAUD DESBOIS
6
   HOGAN LOVELLS US LLP
7  Paul B. Salvaty (Bar No. 171507)
   Stephanie K. Yonekura (Bar No. 187131)
8  Poopak Nourafchan (Bar No. 193379)
   1999 Avenue of the Stars, Suite 1400
9  Los Angeles, California 90067
   Telephone: (310) 785-4600
10 Facsimile: (310) 785-4601
   paul.salvaty@hoganlovells.com
11 stephanie.yonekura@hoganlovells.com
   poopak.nourafchan@hoganlovells.com
12
   Attorneys for Defendant
13 SAFRAN IDENTITY & SECURITY, S.A.S
   (formerly known as Morpho SAS)
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                              (SAN JOSE)

18 UNITED STATES OF AMERICA and        *  Case No. 5:15-cv-00746-LHK
   STATE OF CALIFORNIA, *ex rel.*      *
19 VINCENT HASCOET and PHILIPPE        *  **STIPULATION TO EXTEND BY FOUR**
   PACAUD DESBOIS,                     *  **WEEKS THE DUE DATE FOR RELATORS'**
20                                     *  **OPPOSITION TO MOTION FOR**
                    Plaintiffs,        *  **ATTORNEYS' FEES BY DEFENDANT**
21                                     *  **SAFRAN IDENTITY & SECURITY, S.A.**
   vs.                                 *
22                                     *
   MORPHO, S.A., a/k/a SAFRAN          *  Hearing:     January 25, 2018
23 IDENTITY & SECURITY, S.A., a        *  Hearing      Time: 1:30 P.M.
   French corporation; et al.          *  Courtroom:   Eight
24                                     *  Judge:       Hon. Lucy H. Koh
                    Defendants.        *               United States District Judge
25                                     *
                                       *
26                                     *
                                       *
27                                     *
                                       *
28 _____  *

*United States ex rel Hascoet v. Morpho, Case 5:15-cv-00746-LHK*                    -1-

1     Based on a representation by Relator's counsel Daniel Bartley that Relator's counsel since
2 August 5, 2017, has been - and continues to be - absorbed with an ongoing medical emergency
3 involving an immediate family member; and that such emergency temporarily has reduced
4 Relators' counsel to working only part-time - no more than approximately 8-10 hours a week -
5 from August 5, 2017, to present, Relators Vincent Hascoet and Philippe Pacaud Desbois and
6 Defendant Safran Identity & Security, S.A., hereby stipulate that the due date, prescribed by the
7 Local Rules, for Relators' opposition to the motion for attorneys' fees by Defendant Safran
8 Identity & Security, S.A., be extended by four weeks, to October 20, 2017, and that, in light of
9 this extension, Safran should have an additional week for its reply, making the due date for such
10 reply be November 3, 2017.  The hearing on the subject motion is to remain set for January 25,
11 2018.

12

13 Dated: September 21, 2017                HOGAN LOVELLS US LLP
                                                             ATTORNEYS FOR DEFENDANT SAFRAN
14                                                              IDENTITY & SECURITY, S.A.

15

                                                             */s/ Poopak Nourafchan*
16                                                              _____

17

18 Dated: September 21, 2017                BARTLEY LAW OFFICES
                                                             ATTORNEYS FOR RELATORS VINCENT
19                                                              HASCOET AND PHILIPPE PACAUD DESBOIS

20

                                                             */s/ Daniel R. Bartley*
21                             By:   _____
                                                            DANIEL R. BARTLEY, ATTORNEY
22

23

24

25

26

27

28

**PROOF OF SERVICE**

I declare I am employed in the County of Santa Clara, State of California, by Bartley Law Offices, 1999 South Bascom Avenue, Suite 700, Campbell, CA 95008-2205. I certify that I am over the age of 18.

I hereby certify that on today's date, I electronically filed the foregoing **"STIPULATION TO EXTEND BY FOUR WEEKS THE DUE DATE FOR RELATORS' OPPOSITION TO MOTION FOR ATTORNEYS' FEES BY DEFENDANT SAFRAN IDENTITY & SECURITY, S.A."** with the Clerk of the United States District Court for the Northern District of California by using the District Court's CM/ECF system. I certify that all the counsel listed below are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Rebecca Falk, Esq.  
Assistant United States Attorney  
Office of the United States Attorney  
450 Golden Gate Avenue, Box 36055  
San Francisco, CA 94102-3495  
Fax 415-436-6748  
Rebecca.Falk@usdoj.gov  

Suneeta D. Femandes, Esq.  
Deputy Attorney General  
Office of the Attorney General of Califomia  
455 Golden Gate Avenue, Suite 11000  
San Francisco, CA 94102-7004  
Telephone 415-703-1507  
Fax 415-703-1234  
Suneeta.Femandes@doj.ca.gov  

Paul B. Salvaty, Esq.  
Samantha M. Kantor, Esq.  
Stephanie Yonekura, Esq.  
HOGAN LOVELLS US LLP  
1999 Avenue of the Stars, Suite 1400  
Los Angeles, California  90067  
Telephone 310-785-4600  
Fax 310-785-4601  
Paul.Salvaty@HoganLovells.com  
Samantha.Kantor@HoganLovells.com  
Stephanie.Yonekura@HoganLovells.com  

I declare under penalty of perjury, under the laws of the United States and the State of Califomia, that the foregoing is true and correct and that this declaration was executed on this 22nd day of September, in the City of Roseville, Placer County, California.

*/s/Daniel R. Bartley*

_____  
Daniel R. Bartley

*United States ex rel Hascoet v. Morpho, Case 5:15-cv-00746-LHK*