1  DANIEL ROBERT BARTLEY (SBN 79586)
   BARTLEY LAW OFFICES
2  Pruneyard Towers – South Tower
   1999 South Bascom Avenue, Suite 700
3  Campbell, CA  95008-2060
   Telephone 415-847-2060
4  Email DanielBartleyLaw@aol.com

5  Attorney for Plaintiffs and Relators
   VINCENT HASCOET and PHILIPPE PACAUD DESBOIS
6

7  HOGAN LOVELLS US LLP
   Paul B. Salvaty (Bar No. 171507)
8  Stephanie K. Yonekura (Bar No. 187131)
   Poopak Nourafchan (Bar No. 193379)
9  1999 Avenue of the Stars, Suite 1400
   Los Angeles, California 90067
10 Telephone: (310) 785-4600
   Facsimile: (310) 785-4601
11 paul.salvaty@hoganlovells.com
   stephanie.yonekura@hoganlovells.com
12 poopak.nourafchan@hoganlovells.com

13 Attorneys for Defendant
   SAFRAN IDENTITY & SECURITY, S.A.S
14 (formerly known as Morpho SAS)

15            UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17                      (SAN JOSE)

18 | UNITED STATES OF AMERICA and | * Case No. 5:15-cv-00746-LHK |
   STATE OF CALIFORNIA, *ex rel.*   *
19 VINCENT HASCOET and PHILIPPE     * **[PROPOSED] ORDER EXTENDING BY FOUR**
   PACAUD DESBOIS,                  * **WEEKS THE DUE DATE FOR RELATORS'**
20                                  * **OPPOSITION TO MOTION FOR**
              Plaintiffs,           * **ATTORNEYS' FEES BY DEFENDANT**
21                                  * **SAFRAN IDENTITY & SECURITY, S.A.**
   vs.                              *
22                                  *
   MORPHO, S.A., a/k/a SAFRAN       * Hearing:      January 25, 2018
23 IDENTITY & SECURITY, S.A., a     * Hearing       Time: 1:30 P.M.
   French corporation; et al.       * Courtroom:    Eight
24                                  * Judge:        Hon. Lucy H. Koh
              Defendants.           *              United States District Judge
25                                  *
                                    *
26                                  *
                                    *
27                                  *
                                    *
28 _____      *

*United States ex rel Hascoet v. Morpho, Case 5:15-cv-00746-LHK*                    -1-

1    Based on a representation by Relator's counsel Daniel Bartley that Relator's counsel, since

2 August 5, 2017, has been absorbed with an ongoing life-threatening medical emergency

3 involving an immediate family member; and that such emergency has temporarily limited

4 Relators' counsel to working only part-time - no more than approximately 8-10 hours a week -

5 from August 5, 2017, to the present, Relators Vincent Hascoet and Philippe Pacaud Desbois and

6 Defendant Safran Identity & Security, S.A., have filed with the Court a stipulation that the due

7 date, prescribed by the Local Rules, for Relators' opposition to the motion for attorneys' fees by

8 Defendant Safran Identity & Security, S.A., be extended by four weeks.

9    It appearing that good cause exists for such stipulated extension, IT IS HEREBY

10 ORDERED that the due date prescribed by the Local Rules, for Relators' opposition to the

11 motion for attorneys' fees by Defendant Safran Identity & Security, S.A., be, and it here by is,

12 extended by four weeks.

13

14    IT IS SO ORDERED.

15 Dated: _____

16

17                                        _____
                                          HON. LUCY H. KOH, DISTRICT JUDGE
18                                        UNITED STATES DISTRICT COURT

19

20

21

22

23

24

25

26

27

28

1

**PROOF OF SERVICE**

2

     I declare I am employed in the County of Santa Clara, State of California, by Bartley Law Offices, 1999 South Bascom Avenue, Suite 700, Campbell, CA 95008-2205. I certify that I am over the age of 18.

3

4

     I hereby certify that on today's date, I electronically filed the foregoing **"[PROPOSED] ORDER EXTENDING BY FOUR WEEKS THE DUE DATE FOR RELATORS' OPPOSITION TO MOTION FOR ATTORNEYS' FEES BY DEFENDANT SAFRAN IDENTITY & SECURITY, S.A."** with the Clerk of the United States District Court for the Northern District of California by using the District Court's CM/ECF system. I certify that all the counsel listed below are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

5

6

7

8

| | |
|---|---|
| Rebecca Falk, Esq. | Suneeta D. Femandes, Esq. |
| Assistant United States Attomey | Deputy Attorney General |
| Office of the United States Attorney | Office of the Attorney General of Califomia |
| 450 Golden Gate Avenue, Box 36055 | 455 Golden Gate Avenue, Suite 11000 |
| San Francisco, CA 94102-3495 | San Francisco, CA 94102-7004 |
| Fax 415-436-6748 | Telephone 415-703-1507 |
| Rebecca.Falk@usdoj.gov | Fax 415-703-1234 |
| | Suneeta.Femandes@doj.ca.gov |

9

10

11

12

Paul B. Salvaty, Esq.
Samantha M. Kantor, Esq.
Stephanie Yonekura, Esq.
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California  90067
Telephone 310-785-4600
Fax 310-785-4601
Paul.Salvaty@HoganLovells.com
Samantha.Kantor@HoganLovells.com
Stephanie.Yonekura@HoganLovells.com

13

14

15

16

17

18

     I declare under penalty of perjury, under the laws of the United States and the State of Califomia, that the foregoing is true and correct and that this declaration was executed on this 21st day of September, 2017, in Roseville, Placer County, California.

19

20

*/s/Daniel R. Bartley*

21

_____

22

Daniel R. Bartley

23

24

25

26

27

28

*United States ex rel Hascoet v. Morpho, Case 5:15-cv-00746-LHK*