1  DANIEL ROBERT BARTLEY (SBN 79586)
   BARTLEY LAW OFFICES
2  Pruneyard Towers – South Tower
   1999 South Bascom Avenue, Suite 700
3  Campbell, CA  95008-2060
   Telephone 415-847-2060
4  Email DanielBartleyLaw@aol.com

5  Attorney for Plaintiffs and Relators
   VINCENT HASCOET and PHILIPPE PACAUD DESBOIS
6
   HOGAN LOVELLS US LLP
7  Paul B. Salvaty (Bar No. 171507)
   Stephanie K. Yonekura (Bar No. 187131)
8  Poopak Nourafchan (Bar No. 193379)
   1999 Avenue of the Stars, Suite 1400
9  Los Angeles, California 90067
   Telephone: (310) 785-4600
10 Facsimile: (310) 785-4601
   paul.salvaty@hoganlovells.com
11 stephanie.yonekura@hoganlovells.com
   poopak.nourafchan@hoganlovells.com
12
   Attorneys for Defendant
13 SAFRAN IDENTITY & SECURITY, S.A.S
   (formerly known as Morpho SAS)
14

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                                (SAN JOSE)

| | |
|---|---|
| 18  UNITED STATES OF AMERICA and<br>STATE OF CALIFORNIA, *ex rel.*<br>19  VINCENT HASCOET and PHILIPPE<br>     PACAUD DESBOIS,<br>20<br>              Plaintiffs,<br>21<br>     vs.<br>22<br>     MORPHO, S.A., a/k/a SAFRAN<br>23   IDENTITY & SECURITY, S.A., a<br>     French corporation; et al.<br>24<br>              Defendants.<br>25<br>26<br>27<br>28  _____ | *  Case No. 5:15-cv-00746-LHK<br>*<br>*  **[PROPOSED]** ORDER EXTENDING BY FOUR<br>*  **WEEKS THE DUE DATE FOR RELATORS'**<br>*  **OPPOSITION TO MOTION FOR**<br>*  **ATTORNEYS' FEES BY DEFENDANT**<br>*  **SAFRAN IDENTITY & SECURITY, S.A.**<br>*<br>*<br>*  Hearing:      January 25, 2018<br>*  Hearing       Time: 1:30 P.M.<br>*  Courtroom:    Eight<br>*  Judge:        Hon. Lucy H. Koh<br>*               United States District Judge<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

1  Based on a representation by Relator's counsel Daniel Bartley that Relator's counsel, since
2  August 5, 2017, has been absorbed with an ongoing life-threatening medical emergency
3  involving an immediate family member; and that such emergency has temporarily limited
4  Relators' counsel to working only part-time - no more than approximately 8-10 hours a week -
5  from August 5, 2017, to the present, Relators Vincent Hascoet and Philippe Pacaud Desbois and
6  Defendant Safran Identity & Security, S.A., have filed with the Court a stipulation that the due
7  date, prescribed by the Local Rules, for Relators' opposition to the motion for attorneys' fees by
8  Defendant Safran Identity & Security, S.A., be extended by four weeks.

9  It appearing that good cause exists for such stipulated extension, IT IS HEREBY
10 ORDERED that the due date prescribed by the Local Rules, for Relators' opposition to the
11 motion for attorneys' fees by Defendant Safran Identity & Security, S.A., be, and it here by is,
12 extended by four weeks.

   IT IS SO ORDERED.

15 Dated: September 25, 2017

   _____
   HON. LUCY H. KOH, DISTRICT JUDGE
   UNITED STATES DISTRICT COURT